UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LARRY ANDREWS,
    also known as, LARRY THORNE,

                            Petitioner,

    -against-

MICHAEL GIAMBRUNO, Superintendent,

                            Respondent.
------------------------------------------------------------X

JUDGMENT
04-CV-0346 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 23, 2004, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       April 25, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court